UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:18CR966  HEA |
| | ) |
| LAMARR PEARSON, | ) |
| | ) |
| Defendant. | ) |

## ORDER

**IT IS HEREBY ORDERED** that as there is not suitable temporary medical confinement for Defendant Lamarr Pearson, Defendant is to be housed in the custody of the Bureau of Prisons at MCFP Springfield until he is sentenced and then remanded to the custody of the Bureau of Prisons for service of his sentence.

Dated this 18th day of June, 2019.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE